C G KILGORE
145 NOTTING HILL PLACE
CANTON, MS 39046

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

1ST FRANKLIN
398 HIGHWAY 51
RIDGELAND, MS 39157

A1 CHECK CASHING
607 C HWY 51
RIDGELAND, MS 39157

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

ARMSTRONG & ASSOCIATES
208 ADAMS ST
MOBILE, AL 36603

ASSET RECOVERY BUREAU
1212 ABBOTT RD
BUFFALO, NY 14218

BLEECKER BRODEY & ANDR
9247 N MERIDIAN ST
STE 101
INDIANAPOLIS, IN 46260

BRIGIT
838 AVENUE OF THE AM
NEW YORK, NY 10001-4194

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CLEO
150 W 25TH ST
NEW YORK, NY 10001

COVINGTON CREDIT
ATTN: BANKRUPTCY
P.O.BOX 1947
GREENVILLE, SC 29602

DAVE
265 S COCHRAN AVE
LOS ANGELES, CA 90019

EARNIN
200 PORTAGE AVE
PALO ALTO, CA 94306

ELITE PORTFOLIO
2200 N FRAZIER ST
STE 120 BOX 142
CONROE, TX 77301

ENABLE LOANS
P.O. BOX 70
SOLON, IA 52333

FLOAT ME
110 E HOUSTON ST
SAN ANTONIO, TX 78205-2991

GRANT MONEY LLC
633 FOLSON ST
SAN FRANCISCO, CA 94107

HUBCARE PATHOLOGY
5052 W 4TH ST
HATTIESBURG, MS 39402

INTERNAL MEDICAL AND P
6919 OLD CANTON RD
RIDGELAND, MS 39157-1268

LEAFY FINANCIAL LLC
ATTN: BANKRUPTCY
2921 BROWN TRAIL
STE 250
BEDFORD, TX 76021

LEND NATION
8208 MELROSE
LENEXA, KS 66214

LEND SWIFT
80 SW 8TH ST
MIAMI, FL 33130

LENDING CREATIVE
PO BOX 478
KESHENA, WI 54135

LENDLY
3280 N UNIVERSITY AVE
PROVO, UT 84604

MAGNOLIA FCU
ATTN: BANKRUPTCY
240 BRIARWOOD DR.
JACKSON, MS 39206

MAKWA FINANCE
P.O. BOX 343
LAC DU FLAMBEAU, WI 54538

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

MONEY LION
P.O. BOX 1547
SANDY, UT 84091

MY QUICK WALLET
P.O. BOX 1146
MISSION, SD 57555

MY SIMPLE CREDIT
1400 N DUTTON AVE
STE 7
SANTA ROSA, CA 95401

NATIONAL ACTION
6523 S TRANSIT RD
STE 1
LOCKPORT, NY 14094

OPPLOANS
P.O. BOX 5040
FREDERICKSBURG, VA 22403

POSSIBLE
5145 EVERGREEN WAY
EVERETT, WA 98203

QUICK CREDIT
205 SUGAR CAMP CIR
DAYTON, OH 45409

REGIONAL FINANCE
805 S WHEATLEY ST
RIDGELAND, MS 39157

SIMPLE FAST LOANS INC
8601 DUNWOODY PLACE
STE 406
ATLANTA, GA 30350

STATEWIDE FCU
POB 320483
FLOWOOD, MS 39232

STATEWIDE FCU
ATTN: BANKRUPTCY DEPT
P.O. BOX 320483
FLOWOOD, MS 39232

STEP
380 PORTAGE AVENUE
PALO ALTO, CA 94306

TILT
9169 W H ST
STE 499
GARDEN CITY, ID 83714

UMMC
P.O. BOX 3488
DEPT 05-077
TUPELO, MS 38803