United States Bankruptcy Court
Southern District of Mississippi

In re: C G Kilgore
Debtor

Case No. 26-02381-JAW
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-3 | User: admin | Page 1 of 3
Date Rcvd: Nov 16, 2026 | Form ID: n032 | Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | C G Kilgore, 145 Notting Hill Place, Canton, MS 39046-8024 |
| 5717582 | + | 1st Franklin, 398 Highway 51, Ridgeland, MS 39157-3401 |
| 5717583 | + | A1 Check Cashing, 607 C Hwy 51, Ridgeland, MS 39157-2147 |
| 5717592 | | Dave, 265 S Cochran Ave, Los Angeles, CA 90019 |
| 5717598 | + | Hubcare Pathology, 5052 W 4th St, Hattiesburg, MS 39402-1069 |
| 5717599 | | Internal Medical and P, 6919 Old Canton Rd, Ridgeland, MS 39157-1268 |
| 5717610 | + | My simple credit, 1400 N Dutton Ave, Ste 7, Santa Rosa, CA 95401-7120 |
| 5717611 | + | National Action, 6523 S Transit Rd, Ste 1, Lockport, NY 14094-6355 |
| 5717613 | | Possible, 5145 Evergreen Way, Everett, WA 98203 |
| 5717615 | + | Regional Finance, 805 S Wheatley St, Ridgeland, MS 39157-5000 |
| 5717619 | #+ | Step, 380 Portage Avenue, Palo Alto, CA 94306-2244 |
| 5717620 | | Tilt, 9169 W H St, Ste 499, Garden City, ID 83714 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5732818 | + | Email/Text: bankruptcy@1ffc.com | Nov 16 2026 19:15:00 | 1st Franklin Financial Corporation, PO BOX 880, ATTN: Admin Services, Toccoa GA 30577-0880 |
| 5717609 | | Email/Text: admin@rosebudlending.com | Nov 16 2026 19:14:00 | My Quick Wallet, P.O. Box 1146, Mission, SD 57555 |
| 5717584 | + | Email/Text: bankruptcy@af247.com | Nov 16 2026 19:15:00 | Advance Financial, 100 Oceanside Drive, Nashville, TN 37204-2351 |
| 5717585 | + | Email/Text: bankruptcy@arserv.com | Nov 16 2026 19:14:00 | Armstrong & Associates, 208 Adams St, Mobile, AL 36603-6598 |
| 5717586 | ^ | MEBN | Nov 16 2026 19:06:45 | Asset Recovery Bureau, 1212 Abbott Rd, Buffalo, NY 14218-1900 |
| 5717587 | + | Email/Text: bankruptcy@bbanda.com | Nov 16 2026 19:14:00 | Bleecker Brodey & Andr, 9247 N Meridian St, Ste 101, Indianapolis, IN 46260-1813 |
| 5717588 | + | Email/Text: bankruptcynotices@hellobrigit.com | Nov 16 2026 19:14:00 | Brigit, 838 Avenue of the Am, New York, NY 10001-4193 |
| 5717589 | + | Email/Text: cash-lending-ops-bankruptcy@squareup.com | Nov 16 2026 19:15:00 | CashApp, 1955 Broadway, Suite 6, Oakland, CA 94612-2205 |
| 5717590 | + | Email/Text: bankruptcy@meetcleo.com | Nov 16 2026 19:15:00 | Cleo, 150 W 25th St, New York, NY 10001-7404 |
| 5717591 | + | Email/Text: bankruptcy@curo.com | Nov 16 2026 19:15:00 | Covington credit, Attn: Bankruptcy, P.O.Box 1947, Greenville, SC 29602-1947 |
| 5717593 | | Email/Text: cxs-doc-access@earnin.com | Nov 16 2026 19:14:00 | Earnin, 200 Portage Ave, Palo Alto, CA 94306 |

| | | | | |
|---|---|---|---|---|
| 5717594 | ^ | MEBN | Nov 16 2026 19:06:46 | Elite Portfolio, 2200 N Frazier St, Ste 120 Box 142, Conroe, TX 77303-1980 |
| 5717595 | + | Email/Text: bankruptcy@enableloans.com | Nov 16 2026 19:15:00 | Enable Loans, P.O. Box 70, Solon, IA 52333-0070 |
| 5747725 | + | Email/Text: opportunitynotices@gmail.com | Nov 16 2026 19:15:00 | FinWise Bank, c/o Opportunity Financial, LLC, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5717596 | + | Email/Text: bankruptcy@floatme.io | Nov 16 2026 19:15:00 | Float me, 110 E Houston St, San Antonio, TX 78205-2990 |
| 5717597 | + | Email/Text: bankruptcy@kikoff.com | Nov 16 2026 19:15:00 | Grant Money LLC, 633 Folson St, San Francisco, CA 94107-3600 |
| 5743268 | | Email/Text: jefdun@gmail.com | Nov 16 2026 19:15:00 | JD Receivables LLC, PO Box 382656, Germantown, TN 38183 |
| 5717600 | | Email/Text: karina@leafyfinancial.com | Nov 16 2026 19:15:00 | Leafy Financial Llc, Attn: Bankruptcy, 2921 Brown Trail, Ste 250, Bedford, TX 76021 |
| 5717602 | ^ | MEBN | Nov 16 2026 19:06:47 | Lend Swift, 80 SW 8th St, Miami, FL 33130-3003 |
| 5717603 | + | Email/Text: support@lendingcreative.com | Nov 16 2026 19:15:00 | Lending Creative, PO Box 478, Keshena, WI 54135-0478 |
| 5744578 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 16 2026 19:15:00 | MARINER FINANCE, 8110 CORPORATE DR, NOTTINGHAM, MD 21236-5034 |
| 5717605 | + | Email/Text: bankruptcy@magfedcu.org | Nov 16 2026 19:15:00 | Magnolia FCU, Attn: Bankruptcy, 240 Briarwood Dr., Jackson, MS 39206-3027 |
| 5717606 | + | Email/Text: mail@ldf-holdings.com | Nov 16 2026 19:15:00 | Makwa Finance, P.O. Box 343, Lac Du Flambeau, WI 54538-0343 |
| 5717607 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 16 2026 19:15:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5717608 | + | Email/Text: bankruptcy@moneylion.com | Nov 16 2026 19:15:00 | Money Lion, P.O. Box 1547, Sandy, UT 84091-1547 |
| 5717612 | + | Email/Text: opportunitynotices@gmail.com | Nov 16 2026 19:15:00 | OppLoans, P.O. Box 5040, Fredericksburg, VA 22403-0640 |
| 5717601 | | Email/Text: bankruptcy@qcholdings.com | Nov 16 2026 19:14:00 | Lend Nation, 8208 Melrose, Lenexa, KS 66214 |
| 5731335 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2026 19:15:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5718139 | + | Email/Text: bankruptcy@regionalmanagement.com | Nov 16 2026 19:15:00 | REGIONAL MANAGEMENT CORPORATION, 979 BATESVILLE ROAD STE B, GREER SC 29651-6819 |
| 5717616 | | Email/Text: bankruptcy_department@clacorp.com | Nov 16 2026 19:15:00 | Simple Fast Loans Inc, 8601 Dunwoody Place, Ste 406, Atlanta, GA 30350 |
| 5733128 | + | Email/Text: bncmail@w-legal.com | Nov 16 2026 19:15:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 5717617 | + | Email/Text: collections@statewidefcu.org | Nov 16 2026 19:15:00 | Statewide FCU, Pob 320483, Flowood, MS 39232-0483 |
| 5717618 | + | Email/Text: collections@statewidefcu.org | Nov 16 2026 19:15:00 | Statewide FCU, Attn: Bankruptcy Dept, P.O. Box 320483, Flowood, MS 39232-0483 |
| 5717604 | | Email/Text: BankruptcyNotices@schear.net | Nov 16 2026 19:15:00 | Lendly, 3280 N University Ave, Provo, UT 84604 |
| 5717614 | | Email/Text: BankruptcyNotices@schear.net | Nov 16 2026 19:15:00 | Quick Credit, 205 Sugar Camp Cir, Dayton, OH 45409 |
| 5717621 | + | Email/Text: Bankruptcies@umc.edu | Nov 16 2026 19:15:00 | UMMC, P.O. Box 3488, Dept 05-077, Tupelo, MS 38803-3488 |

TOTAL: 36

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor C G Kilgore trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com;perry@the |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n032−adntcnpl (04/27/2026)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 26−02381−JAW
**Chapter:** 13

**In re:**

C G Kilgore
aka Cg Kilgore
145 Notting Hill Place
Canton, MS 39046

## Notice of Entry of Order Confirming Plan

The Court entered an Order on 11/16/26 confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: November 16, 2026

Danny L. Miller, Clerk of Court